

# Fourth Court of Appeals
## San Antonio, Texas

March 4, 2015

No. 04-14-00811-CV

Randy **COLEMAN** and Jim Coleman Company,
Appellants

v.

Ralph **DEAN**,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 11-04-49987-CV
Honorable Richard C. Terrell, Judge Presiding

## ORDER

     The Appellants' Motions for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellants' brief is this date GRANTED. Time is extended to April 2, 2015.

**PER CURIAM**

ATTESTED TO: _____

KEITH E. HOTTLE
CLERK OF COURT

cc:    Charles C. Webb Jr.
    Webb, Cason & Covich, PC
    710 N Mesquite St
    Corpus Christi, TX 78401-2312

    Paul Lawrence
    Lawrence And Baca
    2180 North Loop W Ste 510
    Houston, TX 77018-8002

    Paul Lawrence
    Lawrence And Baca
    2180 North Loop W Ste 510
    Houston, TX 77018-8002

    Frank Edward Weathered
    611 S Upper Broadway St
    Corpus Christi, TX 78401-3432